**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **TRINSEO PLC** | § | |
| | § | **Case No. 26-90545** |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **(Jointly Administered)** |

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| **The Bank of New York Mellon**<br>500 Ross Street, 12th Floor<br>Pittsburgh, PA 15262-001 | Brian Kaczmarski<br>brian.kaczmarski@bny.com<br>412-234-7081 |
| **United Steelworkers International Union**<br>60 Boulevard of the Allies, Room 897<br>Pittsburgh, PA 15222 | Zachary Hebert<br>zherbert@usw.org<br>412-562-1679 |
| **Evonik Corporation**<br>2 Turner Place<br>Piscataway, New Jersey 08854 | Megan Murphy<br>megan.murphy@evonik.com<br>973-214-3240 |

Dated: June 10, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on Juen 10, 2026.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney