**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **TRINSEO PLC** | § | |
| | § | **Case No. 26-90545** |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **(Jointly Administered)** |

**NOTICE OF ORGANIZATIONAL MEETING
FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by video teleconference on June 11, 2026, at 10:00 am (CST). Members of the committee have been provided call-in instructions.

Dated: June 10, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on June 10, 2026.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney